The People of the State of New York v. Louis Chapman.— Preference granted for April 6, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Stephen U. Hopkins and Others, as Receivers, etc., v. The City of New York.— Preference granted for April 6, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Stephen U. Hopkins and Others, as Receivers, etc., v. The City of New York.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

John Fives v. Compagnie Generale Transatlantique.— Preference granted for March 16, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Lizzie Harris, Deceased.— Preference granted for March 9, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Gyula de Festetics, Deceased.— Motion granted and time to file record extended to March 10, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Albert E. Ward v. Richard E. Enright and Others.— Preference granted for March 9, 1926. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Harry H. Weinberger.— Referred to the committee on character and fitness for rehearing. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Evan Burrows Fontaine, Appellant, v. Cornelius Vanderbilt Whitney, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Henry A. Kroll, Plaintiff, v. E. Bright Wilson, Respondent, Impleaded with Sajo Realty Corporation and Another, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Magazine Builders, Inc., Appellant, v. Fidelity and Deposit Company of Maryland, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Martin, J., dissents and votes for affirmance.

In the Matter of the Third Intermediate Judicial Settlement of the Account of Charles P. Hidden, as Committee, etc., of Henrietta Gardner Cattapani, an Incompetent Person, Appellant. Title Guarantee and Trust Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Third Intermediate Judicial Settlement of the Account of Charles P. Hidden, as Committee, etc., of Henrietta Gardner Cattapani, an Incompetent Person, Appellant. Title Guarantee and Trust Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

Mary E. Wolfarth, Respondent, v. Julius Wolfarth, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.